September 09, 2015

RE: CAUSE #7,637 - TRANSCRIPT

ATTN: LUZ
AS PER OUR TELEPHONE CONVERSATION ON 09-09-2015.  PLEASE CONSIDER THIS
MY FORMAL REQUEST FOR PERMISSION TO FILE TRANSCRIPT PAPER FORM
E-FILING IN PROCESS BUT NOT MANDATED UNTIL JULY 2016.
THANK YOU FOR YOUR CONSIDERATION.

SYLVIA SANTOS, CHIEF DEPUTY CLERK



2019 SEP 10 AM 8:22



## *Dora Martinez-Castanon*
### *Zapata County District Clerk*
### *200 E. 7ᵗʰ Ave., Suite 119*
### *Zapata, Texas 78076*
### *Office: (956) 765-9930 / Fax: (956) 765-9931*

**Sylvia V. Santos**        **Irene Morales**        **Elva A. Garcia**
*Chief Deputy*              *Deputy Clerk*           *Deputy Clerk*

**Date:**        *September 09, 2015*

**Fax To:**      *4ᵀᴴ COURT OF APPEALS*
                 *ATTN: LUZ*

**Fax #:**       *210-335-2762*

**From:**        *Sylvia Santos*

*Total Number of Pages: 2 including cover page*

**Memo:**    _____

             _____

             _____

*If we can be of further help, please feel free to call the above listed number.*

2015 FEB 10 AM 8:55